IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FARLEY L. BERNARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEAN E. STANFIELD, et al.,<br><br>　　　　Defendants. | Civil No. 07-3394 (JBS/AMD)<br><br>**ORDER** |

　　　This matter having come before the Court upon the motion of Defendant Transcor America LLC, named in the complaint as Trans-Care Transportation Company, seeking an Order dismissing the complaint without prejudice pursuant to Fed. R. Civ. P. 37(b) because of Plaintiff's failure to provide discovery in accordance with two court orders [Docket Item 37]; the Court having considered the arguments in support thereof and with no opposition having been filed; for the reasons discussed in the Memorandum Opinion of today's date; and for good cause shown;

　　　IT IS this   **22nd**   day of **December, 2009** hereby

　　　ORDERED that Defendant Transcor America LLC's motion to dismiss without prejudice is **GRANTED**.


　　　　　　　　　　　　　　　　　　　 **s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　　　　Jerome B. Simandle
　　　　　　　　　　　　　　　　　　　United States District Judge