IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FARLEY L. BERNARD,<br><br>        Plaintiff,<br><br>   v.<br><br>JEAN E. STANFIELD, et al.,<br><br>        Defendants. | Civil No. 07-3394 (JBS/AMD)<br><br>**<u>ORDER</u>** |

    This matter having come before the Court upon the summary judgment motion of Defendants Jean E. Stanfield and Burlington County Sheriff Department [Docket Item 24]; the Court having considered the arguments in support thereof and with no opposition having been filed; for the reasons discussed in the Memorandum Opinion of today's date; and for good cause shown;

    IT IS this __22nd__ day of **December, 2009** hereby

    ORDERED that Defendants motion for summary judgment is **<u>GRANTED</u>**; and it is further

    ORDERED that the Clerk of Court shall terminate this docket.

                                               **<u>s/ Jerome B. Simandle</u>**
                                               Jerome B. Simandle
                                               United States District Judge